UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Randolph Mays
                Plaintiff,

v.                                       Case No.: 1:15−cv−01439
                                                Honorable Andrea R. Wood

City of Chicago, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 23, 2023:

      MINUTE entry before the Honorable M. David Weisman: Plaintiff's motion for sanctions [332] is denied. First, Plaintiff attempts to relitigate a production of documents relating to "FOIA No. 14−5145," which the Court has previously addressed on multiple occasions. See, e.g., ECF [273] and ECF [282]. The Court expressly indicated that this issue would not be heard again. Id. Next, Plaintiff claims that Defendants falsified records. Specifically, Plaintiff claims that a police report produced by Defendants incorrectly identifies "Darcil Kelley" as a person present and viewing a police lineup. See ECF 275 at p. 84 and 110. Plaintiff contends that the name should read "Orain Kelley." However, Plaintiff fails to provide any evidentiary support for this purported error, and certainly no evidence for the alleged fraud. Finally, Plaintiff claims there are deficiencies with Defendants' recent discovery responses. However, Plaintiff failed to first raise the alleged deficiencies with Defendants in accordance with Local Rule 37.2. For all of these reasons, Plaintiff's motion for sanctions [332] is denied. Plaintiff may raise any discovery−related issues at the upcoming status hearing. Motion hearing set for 8/29/23 is stricken, but the status hearing set for 8/29/23 remains in place. Defense counsel shall make arrangements for Plaintiff to be available by phone and MUST e−mail the contact information to Chambers at least three days prior to the hearing at Weisman_Chambers@ilnd.uscourts.gov. Parties shall dial in using the Court's conference call−in number. The conference call− in number is 1−877−411−9748 and the passcode is 1814539. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.